THE STATE OF OHIO, APPELLEE, *v.* GRIMMETT, APPELLANT.

[Cite as *State v. Grimmett,* 99 Ohio St.3d 142, 2003-Ohio-2771.]

(No. 2002–1282—Submitted May 14, 2003—Decided June 11, 2003.)

{¶ 1} The judgment of the court of appeals on the certified issue is affirmed on the authority of *State v. Fisher,* 99 Ohio St.3d 127, 2003-Ohio-2761, 789 N.E.2d 222.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

COOK, J., not participating.

———

Saia & Piatt, P.L.L., and Philip Bautista, for appellant.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

COOK, J., not participating.

